AXEL W. HALLENBORG, Appellant, *v.* GREENE CONSOLIDATED COPPER COMPANY, et al., Respondents, Impleaded with Others.

*Appeal — Court of Appeals — appeal, taken upon ground that question concerning Constitution of United States was involved, dismissed.*

*Hallenborg v. Greene*, 206 App. Div. 614, appeal dismissed.

(Argued February 25, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1923, unanimously affirming a judgment in favor of defendant entered upon the report of a referee. Application had been made to the Appellate Division for leave to appeal and denied. Application was then made to this court for such leave and denied. Plaintiff thereupon appealed as alleged matter of right upon the ground that a question affecting the Constitution of the United States was involved, namely, that the judgments below had given undue force and effect to judgments of courts of the state of Texas and of the territory of Arizona, and that thus undue faith and credit had been given thereto in violation of section 1 of article 4 of the Constitution of the United States.

*Thomas H. Rothwell* for appellant.

*M. E. Harby, Joseph B. Cotton* and *Roy F. Wrigley* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.